# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Fuchsia Spa Group LLC,<br><br>　　　　　Defendant. | No. CV-24-00407-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Notice of Voluntary Dismissal (Doc. 20), and good cause appearing,

**IT IS HEREBY ORDERED** the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 31st day of May, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge